IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | 1:20CR 457-1 |
| | : | |
| CHRISTOPHER DEAN HALL | : | |

The Grand Jury charges:

## COUNT ONE

From on or about April 15, 2020, continuing up to and including on or about May 28, 2020, the exact dates to the Grand Jurors unknown, in the County of Guilford, in the Middle District of North Carolina, CHRISTOPHER DEAN HALL did knowingly distribute and attempt to distribute any child pornography, as defined in Title 18, United States Code, Section 2256(8), that had been shipped and transported using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce by any means, including by computer; in violation of Title 18, United States Code, Section 2252A(a)(2)(A) and (b)(1).

## COUNT TWO

From on or about April 15, 2020, continuing up to and including on or about May 28, 2020, the exact dates to the Grand Jurors unknown, in the County of Guilford, in the Middle District of North Carolina, CHRISTOPHER

DEAN HALL did knowingly possess any material which contained an image of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), which had been shipped and transported using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce by any means, including by computer; in violation of Title 18, United States Code, Section 2252A(a)(5)(B) and (b)(2).

## FORFEITURE ALLEGATION

1.     The factual allegations contained in Counts One and Two of this Indictment are realleged and by this reference fully incorporated herein for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 2253.

2.     Upon conviction of one or more of the offenses alleged in Counts One and Two of this Indictment, the defendant, CHRISTOPHER DEAN HALL, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253(a), all visual depictions described in Title 18, United States Code, Sections 2252A or 2252, and any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of Chapter 110 of the United States Code; any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and all property, real or personal, used or intended to be used to commit or promote

2

the commission of the offense of conviction or any property traceable to such property.

3.    The property subject to forfeiture pursuant to paragraph 2 above may include, but shall not be limited to, the following items obtained from the defendant on or about May 28, 2020:

    a.  MSI Laptop, model: 1681, serial number: AE08LP1590T0.

    b.  Apple iMac Computer, model: A1224, serial number: W883375CZE2.

    c.  iPhone XR, model: A1984, serial number: DX3Z753WKXKV.

All in accordance with Title 18, United States Code, Section 2253, Rule 32.2, Federal Rules of Criminal Procedure, and Title 28, United States Code, Section 2461(c).

DATED:  October 26, 2020

MATTHEW G.T. MARTIN
United States Attorney

BY:  NICOLE R. DUPRE
Assistant United States Attorney

A TRUE BILL:

FOREPERSON