IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 1:20cr457 |
| ) | |
| CHRISTOPHER DEAN HALL ) | |

**ORDER**

The Court hereby accepts Defendant's waiver of detention hearing and enters the following order:

**IT IS ORDERED** that the Government's oral motion for detention is **GRANTED** and Defendant is detained without privilege of bond.

/s/ L. Patrick Auld
**L. Patrick Auld**
**United States Magistrate Judge**

Date: November 4, 2020