IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | 1:20CR457-1 |
| CHRISTOPHER DEAN HALL | : | |

FACTUAL BASIS

NOW COMES the United States of America, by Matthew G.T. Martin, United States Attorney for the Middle District of North Carolina, through the undersigned Assistant United States Attorney, and as a factual basis under Rule 11 of the Federal Rules of Criminal Procedure, states as follows:

On April 15, 2020 an online covert employee (OCE) was in a Kik[1] user group entitled "#dadboyangel" and saw that a user named "chris32033" said he had sexual intercourse with his son. User "chris32033" claimed his son was 13 years old. User "chris32033" said he was a 35 year old man from the United States. The OCE sent a private message to user "chris32033" and made several inquiries regarding his status as a real father and if he was engaging in role play or fantasy. User "chris32033" responded that the situation with his son was real and he was not into role play. User "chris32033" also told the OCE that although he does not have custody of his son, his son visits for two to three

---

[1] Kik is a social media platform where users can communicate via chat and send and receive links, images, and videos.

weeks in the summer and on certain holidays. The OCE claimed to also have a young daughter.

The next day, on April 16, 2020, the OCE chatted with user "chris32033" again on private messenger on Kik. User "chris32033" asked for a photo of the OCE's purported daughter. The OCE sent an image that was not a real child. User "chris32033" said he showed the image to his own son, who was interested in having sex with the OCE's purported daughter. The OCE asked user "chris32033" if he had any videos in his collection. The OCE specifically told user "chris32033" that he should not do a search for videos on the internet. User "chris32033" then sent three videos to the OCE which were reviewed by FBI Special Agent (SA) Keller. All three videos contained child pornography, as defined by statute.

Agents did multiple open source searches for Kik user "chris32033." Agents identified the defendant, Chris Hall, as the possible individual using Kik username "chris32033." On April 16, 2020, FBI agents served an administrative subpoena on Kik Interactive and requested electronic communication records pertaining to user "chris32033" from March 15, 2020 to April 15, 2020. Kik responded to the subpoena and indicated that the subscriber of Kik username "chris32033" was listed as "Chris H." and the email associated with it was "chris32033@yahoo.com." Kik indicated that the account was registered using an iPhone. Between March 15, 2020 and May 15, 2020,

the Kik account for "chris32033" had more than 3,000 generations of Internet Protocol address "104.188.162.252," the IP address most frequently used by the account.

On May 20, 2020, FBI SA Keller served an administrative subpoena on AT&T, requesting electronic communications records pertaining to IP address "104.188.162.252." AT&T responded to the subpoena and indicated that the subscriber of IP address "104.188.162.252" was C.B. with address 3015 E. Wendover Avenue, Greensboro, North Carolina. Social media checks confirmed that C.B. was roommates with Chris Hall. Further investigation revealed that Hall was a Visual Arts teacher at Gate City Charter Academy in Greensboro, North Carolina.

On May 28, 2020, authorities executed a federal search warrant at Hall and C.B.'s address at 3015 E. Wendover Avenue in Greensboro. Both Hall and C.B. were present during the execution of the search warrant. C.B. signed a consent to search for both his work phone and his personal phone. No images of child pornography were found on either of these devices.

Hall was also interviewed during the execution of the search warrant. Hall identified his email addresses as chris32033@yahoo.com,[2] chris32033@gmail.com, and chdesignandphotos@gmail.com, as well as chris32033@icloud.com. Hall identified "32033" as his middle school lunch

---

[2] This is the same email address used to register his Kik account.

number and what he used in several of his social media accounts. Hall signed a consent to search form for his electronic devices. Hall told investigators that he had a Kik account, "chris32033," but that he had deleted it one month prior. Hall claimed that he deleted the account once he realized people were sharing child pornography on the platform.

When FBI SA Keller confronted Hall with his previous conversation with the OCE, Hall initially claimed he did not remember such a conversation. Hall then began to say he did in fact remember the conversation but that he was just "playing along." Agents reminded Hall it was a crime to lie to federal agents and Hall then admitted to sharing videos of boys aged 12 and 13 via Kik. Hall admitted to sharing the three videos of child pornography to the OCE. Hall admitted he knew the videos were inappropriate and that it was illegal to share them. Hall stated he knew he would lose his teaching license if his employer found out about these activities.

In total, across all devices and accounts, Hall possessed 16 photos of child pornography classified as bondage/sadomasochism, 120 photos of child pornography of minors under the age of 12 years old, 105 photos of child pornography, and 120 videos of child pornography. In total, across all devices and accounts, Hall distributed four photos of child pornography under the age of 12, seven photos of child pornography, and ten videos of child pornography.

4

This the 1st day of December, 2020.

>Respectfully submitted,
>
>MATTHEW G.T. MARTIN
>United States Attorney
>
>
>/S/ NICOLE R. DUPRE
>Assistant United States Attorney
>NCSB #: 41214
>United States Attorney's Office
>Middle District of North Carolina
>101 S. Edgeworth Street, 4th Floor
>Greensboro, North Carolina 27401
>Phone: (336) 333-5351
>E-mail: Nicole.dupre@usdoj.gov

5

## CERTIFICATE OF SERVICE

I hereby certify that on December 1, 2020, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Ben Lankford, Esq.

/S/ NICOLE R. DUPRE
Assistant United States Attorney
NCSB #41214
United States Attorney's Office
Middle District of North Carolina
101 S. Edgeworth St., 4th Floor
Greensboro, NC 27401
Phone: 336/333-5351
E-mail: Nicole.dupre@usdoj.gov